UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO FLORES HERNANDEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>                    Respondent. | No.  1:26-cv-03870-DAD-JDP (HC)<br><br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING REGARDING TRANSFER |

On May 20, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by Immigration and Customs Enforcement.  (Doc. No. 1.)  That same day, petitioner filed a motion for temporary restraining order.  (Doc. No. 2.)  On May 21, 2026, the court issued a briefing schedule on that motion.  (Doc. No. 4.)  On May 22, 2026, respondent filed an opposition to the motion in which it represents that petitioner had previously filed a petition for writ of habeas corpus in the District of Maryland.  (*Id.* at 1.) Respondent has attached the February 9, 2026 order issued by the U.S. District Court for the District of Maryland which granted petitioner's prior petition in part and ordered that petitioner be provided with a bond hearing which complied with 8 U.S.C. § 1226(a).  (Doc. No. 6-1 at 5–6.) The district court in that order retained jurisdiction over the matter to enforce compliance with the order it issued.  (*Id.* at 6.)  A review of petitioner's petition in this matter reveals that petitioner is

1

claiming that the bond hearing he received in response to the order issued in the District of Maryland was not a "meaningful, individualized custody determination" and that the bond hearing violated the requirements of the Immigration and Nationality Act and his Fifth Amendment right to due process.  (Doc. No. 1 at 2.)  Accordingly, the court construes petitioner's petition as a motion to enforce the prior judgment.

In light of the posture of this case, the court finds that supplemental briefing regarding whether transfer of this action to the District of Maryland to resolve the pending motion to enforce that court's order is appropriate.  Accordingly, the court DIRECTS respondent to file supplemental briefing addressing this issue no later than 5:00 P.M. on May 28, 2026.

IT IS SO ORDERED.

Dated:    **May 26, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2