UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO FLORES HERNANDEZ, | No.  1:26-cv-03870-DAD-JDP |
| Petitioner, | |
| v. | ORDER TRANSFERRING THIS ACTION TO THE DISTRICT OF MARYLAND |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | |

On May 26, 2026, the court directed respondent to file supplemental briefing addressing whether it was appropriate to transfer this action to the District of Maryland for resolution of the pending motion to enforce that court's order.  (Doc. No. 7.)  On May 28, 2026, respondent filed supplemental briefing nominally opposing transfer but without presenting any legal argument in support of that opposition.  (Doc. No. 8.)  Instead, respondent maintained that the District of Maryland possesses exclusive jurisdiction over enforcement of its order, that 28 U.S.C. § 2241(b) authorizes transfer of a habeas petition to another district court, and that this court should not enter duplicative relief.  (*Id.* at 2.)  In light of the District of Maryland's order retaining jurisdiction to enforce compliance, the court finds that petitioner's motion to enforce order is

/////

/////

1

properly heard by the District of Maryland.  (Doc. No. 6-1 at 6.)  Accordingly, the Clerk of the Court is DIRECTED to transfer this case to the District of Maryland.

IT IS SO ORDERED.

Dated:    **June 1, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2